JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TO THE MATTER OF ANDREW KWASI DONKOR, <br><br> Petitioner, <br><br> vs. <br><br> THE UNITED STATES OF AMERICA; ARNOLD SCHWARZENEGGER; EDMUND G. BROWN JR.; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; CALIFORNIA BOARD OF PRISON TERMS; CALIFORNIA BOARD OF PAROLE; CAPTAIN RUBEN; PAUL R. BABEU; KATRINA S. KANE; ERIC H. HOLDER, JR.; JANE NAPOLITANO; SHERRI R. CARTER; RAYMOND PLACENTIA; OFFICER GOLDSTEIN; OFFICER WESTON; JOSEPH MORRIS; DETECTIVE BOB BACKES; INVESTIGATOR MELVIN VANCE; ROD PACHECO; VICKI HIGHTOWER; LETICIA BELTRAN; and SARAH MORENO, <br><br> Respondents. | Case No. EDCV 11-1596-GW (DTB) <br><br> **J U D G M E N T** |

1       In accordance with the Order Summarily Dismissing Action for Lack of Subject Matter Jurisdiction filed herein,

      IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice.

DATED: December 12, 2011

*George H. Wu*
GEORGE H. WU
UNITED STATES DISTRICT JUDGE